UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 6:18-CR-48-REW-HAI |
| v. | ) | |
| | ) | |
| JEFFREY GHENT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE #180) of United States Magistrate Judge Hanly A. Ingram, addressing whether Defendant Jeffrey Ghent is competent to stand trial pursuant to 18 U.S.C. §§ 4241 and 4247(d). Based on the psychiatric evaluation by Dr. Lisa B. Feldman (DE #154) and Defendant's and his counsel's representations at the competency hearing (*see* DE #179, Minutes), Judge Ingram recommended that the Court find Ghent competent to proceed. *See* DE #180 at 5. The recommendation, filed on March 28, 2019, advised the parties that any objections must be filed within three days of its entry. *Id.* at 6. This period has lapsed, and neither party has objected.[1]

This Court reviews *de novo* those portions of the Recommended Disposition to which a party objects. 28 U.S.C. § 636(b)(1). But, the Court is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not

---

[1] The third and final day to object, *see* DE #180 at 6, fell on Sunday, March 31, 2019. The parties thus had through day's end on Monday, April 1, to lodge any objection. *See* LCrR 45.2 and Rule 45(a)(1)(C).

1

object to the magistrate judge's recommendation, they waive any right to review. *See* Fed. R. Civ. P 59; *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

Accordingly, the Court **ADOPTS** the Recommended Disposition (DE #180) and **FINDS** Ghent competent to face further proceedings in this matter, including trial.

This the 2nd day of April, 2019.

Signed By:
*Robert E. Wier*　/s/ REW
United States District Judge